UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Allan Lewis

v. Case No. 26-cv-753-SE-AJ

Strafford County Superior Court, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 24, 2026. For the reasons explained therein, this case is dismissed for the court's lack of subject matter jurisdiction over Lewis's claims.

The clerk shall enter judgment and close this case.

Samantha D. Elliott
Chief Judge

Date: October 13, 2026